**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREW WOLFINGTON,** *individually and on behalf of all others similarly situated*<br><br>**v.**<br><br>**RECONSTRUCTIVE ORTHOPAEDIC ASSOCIATES II, a/k/a "THE ROTHMAN INSTITUTE"** | **CIVIL ACTION**<br><br>**NO. 16-4935** |

**O R D E R**

**AND NOW** this 29 day of September, 2017, it is hereby **ORDERED** that the following procedure will apply, in furtherance of the foregoing Memorandum finding Rule 11 violations:

1.      Within 14 days, Defendant shall serve a detailed statement of its attorneys' fees and costs, stating a summary of the work performed, the hours, the attorneys involved, and the normal billing rate used by the Defendant's law firm in work of this nature.  This data shall be supported by the actual bills sent to the Defendant.  Defendant may have had insurance to cover these expenses, which shall be disclosed.

2.      Plaintiff's counsel identified in the foregoing Memorandum shall have 14 days to respond and shall serve objections or counter-computations of the amount they contend they should pay to Defendant, within 14 days.

3.      Within the next seven days, counsel shall discuss the data exchange, and then file with the Court either an agreed upon statement of attorneys' fees and costs, or separate statements with separate contentions.

4.      If any party or counsel believes a lesser or a greater sanction should be imposed, they may file a brief, limited to 10 pages, on this point, together with the statements.

5.     As the Court has extended the time for Plaintiff's counsel to submit a brief in support of its Motion for Reconsideration, that brief shall be filed within fourteen (14) days and Defendant shall reply within fourteen (14) days.

**BY THE COURT:**


**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**


O:\CIVIL 16\16-4935 Wolfington v Reconstructive Ortho\16cv4935 Order for Memorandum re Rule 11.docx